STATE OF CONNECTICUT *v.* MICHAEL D. PIRES, SR.

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 729 (AC 30860), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the defendant was not deprived of his constitutional right to self-representation?"

The Supreme Court docket number is SC 18742.

*April E. Brodeur*, special public defender, in support of the petition.

*John P. Gravalec-Pannone*, senior assistant state's attorney, in opposition.

Decided February 1, 2011

"1. Did the Appellate Court properly determine that the contested search was not unreasonably premature?

